**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CARMEN RUDNICK, individually and on behalf of those similarly situated,

*Plaintiffs,*

v.

DOLCE & GABBANA S.r.l.,

*Defendant.*

CIVIL ACTION
NO. 26-3916

**ORDER**

**AND NOW**, this 21st day of August, 2026, upon consideration of Carmen Rudnick's Amended Complaint, (Dkt. No. 1-2), Dolce & Gabbana's Motion to Dismiss, (Dkt. No. 9), Rudnick's Opposition, (Dkt. No. 11), and Dolce & Gabbana's Reply, (Dkt. No. 12), it is **ORDERED** that the Motion is **GRANTED**:

1. Rudnick's request for jurisdictional discovery is **DENIED**.
2. Rudnick's claims are **DISMISSED without prejudice** for lack of personal jurisdiction.
3. The Clerk of the Court shall **CLOSE** this case.

BY THE COURT:

***/s/ Gerald J Pappert***
Gerald J. Pappert, J.